# SAMAAN SHEEHY & GILLESPIE, LLP

PETER S. SAMAAN
CHRISTOPHER J. SHEEHY
STEPHEN J. GILLESPIE*
JAMIE BRODY JOHNSON
MICHAEL J. ROSENTHAL
MICHAEL F. KUZOW**
MICHAEL F. McGOWAN
NEIL L. COSCIO
SEAN P. MACDONNELL
RENEE E. DEMOTT*

90 MERRICK AVENUE
SUITE 802
EAST MEADOW, NEW YORK 11554

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

JASON YIN
CLAUDIA PIUS
CHRISTINA ZHENG

OF COUNSEL
LEONARD M. RIDINI, JR.
SETH D. ROSMARIN
DENNIS D. DESOUSA

\* Also ADMITTED IN NJ
\*\* ALSO ADMITTED IN OK AND TX

March 27, 2026

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



> Re:    National Casualty Company v. Accredited Surety and
>        Casualty Company
>        Docket No.: 1:26-CV-00115

Dear Judge Polk Failla,

My office represents Accredited Surety and Casualty Company in the above indicated suit that is presently pending before this Court.

It is my understanding that there is a current expected deadline for my client to respond to the Complaint, either by answer or motion by April 6, 2026. I respectfully move to have the deadline extended to May 6, 2026 as my office was recently retained to represent the Defendant and I need time to review the records from the prior action and confer with my client.

It is also my understanding that there is a preliminary conference scheduled for April 17, 2026 and that the Plaintiff's counsel has advised the Court of a conflict in her schedule. I also respectfully move to have the conference adjourned to May 14, 2026 or a later date, whichever is most convenient for the Court.

I have provided a copy of this letter to the Plaintiff's counsel and discussed the dates requested and she has consented to the same.

Thank you for your attention in this matter.

Very Truly Yours,

Renee E. DeMott

CC: Tracey K. Wishert, Esq. (via email to twishert@riker.com)

Application GRANTED.  Defendant's time to answer or otherwise respond to the Complaint is hereby ADJOURNED to **May 6, 2026.**  In addition, the initial pretrial conference currently scheduled for April 17, 2026 (*see* Dkt. #5), is hereby ADJOURNED to **May 26, 2026,** at **10:00 a.m.**  As before, the conference will take place telephonically.  At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  They are also reminded to consult the Court's February 13, 2026 Order regarding the materials due before the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    March 31, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE